Office of Disciplinary Counsel *v.* Wallace.

[Cite as *Disciplinary Counsel v. Wallace* (2000), 89 Ohio St.3d 113.]

(No. 99–1866—Submitted January 12, 2000—Decided May 31, 2000.)

114

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Kenneth R. Donchatz,* Assistant Disciplinary Counsel, for relator.

*Michael T. Gunner,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. Respondent's repeated attempts to mislead his client constitute a course of conduct in violation of DR 1–102(A)(4), which warrants an actual suspension from the practice of law. *Disciplinary Counsel v. Fowerbaugh* (1995), 74 Ohio St.3d 187, 191, 658 N.E.2d 237, 240. Respondent is hereby suspended from the practice of law in Ohio for six months. Cost are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.